**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1608**

_____

In re:  JOHNSON B. OGUNLANA,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:20-cr-00285-CCB-1; 1:22-cv-01154-CCB)

_____

Submitted:  July 21, 2023                                        Decided:  July 27, 2023

_____

Before KING and THACKER, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Johnson B. Ogunlana, Petitioner Pro Se.  Brandon Keith Moore, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnson B. Ogunlana petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted the § 2255 motion. Accordingly, because the district court has recently decided Ogunlana's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*